**Account Activity Ledger**

Date: 08/17/2005
Time: 14:49

From: 03/01/2005 To: 08/17/2005

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 00215382  Name GARCIA, DONNA | | | Block 7 | | | Previous Balance | | 0.00 |
| O/C 6/1 | 06/02/2005 | 12:08 | B#37557 | D | | 20.00 | | 20.00 |
| RPL.ID.CHG.6/5 | 06/06/2005 | 10:49 | B#37585 | W | | | -4.00 | 16.00 |
| Sales Transaction | 06/07/2005 | 07:28 | I#72276 | I | 15.33 | | | 0.67 |
| REL.6/20 | 06/21/2005 | 13:19 | B#37824 | W | | | 0.00 | 0.67 |
| REC.6/17 | 06/21/2005 | 16:28 | B#37837 | D | | 15.00 | | 15.67 |
| REC.6/19 | 06/21/2005 | 16:42 | B#37840 | D | | 30.00 | | 45.67 |
| T/MCCC.CREST.6/20 | 06/24/2005 | 16:00 | B#37885 | W | | | -45.67 | 0.00 |
| O/C 7/15 | 07/18/2005 | 14:28 | B#38183 | D | | 14.00 | | 14.00 |
| Sales Transaction | 07/19/2005 | 09:43 | I#73570 | I | 13.91 | | | 0.09 |
| V/R.PROCESSED.7/24 | 07/25/2005 | 13:03 | B#38271 | D | | 25.00 | | 25.09 |
| Sales Transaction | 07/26/2005 | 10:53 | I#73739 | I | 22.65 | | | 2.44 |
| Sales Transaction | 08/02/2005 | 08:00 | I#73942 | I | 1.95 | | | 0.49 |
| PROCESSED.VR.8/1 | 08/02/2005 | 13:03 | B#38401 | D | | 20.00 | | 20.49 |
| ZOE.ICE.CREAM.FNDRSR | 08/02/2005 | 14:10 | B#38403 | W | | | -3.50 | 16.99 |
| PROCESSED.VR.8/7 | 08/08/2005 | 17:02 | B#38484 | D | | 20.00 | | 36.99 |
| Sales Transaction | 08/09/2005 | 09:40 | I#74150 | I | 34.73 | | | 2.26 |
| PROCESSED.VR.REC.8/1 | 08/15/2005 | 16:20 | B#38574 | D | | 20.00 | | 22.26 |
| Sales Transaction | 08/16/2005 | 10:01 | I#74339 | I | 20.50 | | | 1.76 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 8 | For $ | 164.00 |
| Withdraws | 4 | For $ | -53.17 |
| Invoices | 6 | For $ | 109.07 |

