(Rev. 5/05)

ORIGINAL

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) Donna Marie Garcia 00215382
(Name of Plaintiff)        (Inmate Number)

110 S Brown St. Wilmington Del. 19805
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) MR. Stanley Taylor
(2) MR. Paul Howard
(3) Mr. Vince Bianco
(Names of Defendants) see Next Page

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

0 5        6 3 5
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

FILED

• • Jury Trial Requested    AUG 30 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.    **PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

Defendants

MR. STANLEY Taylor  D.O.C. Commissioner
Department of Corrections, In his official
  245 McKEE Road          and individual
  Dover, DE  19904          Capacity.

MR. Paul Howard  D.o.C. Bureau Chief
  Department of Corrections, In his offical and
  245 Mckee Road                  individual Capacity
  Dover Dela.
          19904

MR. Vince Bianco
  Mccc Morris Community Corrections Center,
    300 Water Street                In his offical
    Dover Dela. 19901          and individual Capaty

DR. SittaGombeh-ALLie, In his offical and
                                Individual Capacity
  First Correctional Medical INC.
    1575 SUITE 201
    Dover DEL.
              19904

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?   • (Yes)  • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   • (Yes) • • No

C.    If your answer to "B" is Yes:

1.  What steps did you take? _I Filed a greviace_

2.  What was the result? _No resuts as of 8-7-05_

D.    If your answer to "B" is No, explain why not: _Dont know why_

## III.   DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _SEE attached_

Employed as _____ at _____

Mailing address with zip code: _____

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

4. While waiting for "Medical atention," I was
placed in a "holding cell" while experiencing
chest pains and tightness.
   Fortunatly I had my Nitroglycerines
with me when ~~all of~~ to add to my
Pain & fear a c/o came into the cell and
made me hand over my ~~nred~~ ~~m~~
medication to her. I needed them
pills,                                                      .

2. _____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_\_\_7\_\_\_\_ day of _August_____, 2_005_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

DONNA GARCIA
660 BAYLOR BLVD.
NEWCASTLE DEL.
19720

CLERK
U.S. DISTRICT COURT
LOCKER BOX 18
844 N.KING ST.
wilmington De. 19801

