IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONNA MARIE GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-635-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| BUREAU CHIEF PAUL HOWARD, | ) |
| VINCE BIANCO, and | ) |
| DR. SITTAGOMBEH ALLIE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on September 9, 2005, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to complete and return an authorization form (D.I. 3);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this 31st day of October, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is

DISMISSED WITHOUT PREJUDICE.  Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

_____
United States District Judge